UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------ x

CHERYL GIBBS,                                  :

           Plaintiff,               :        07 Civ. 10563 (GBD) (AJP)

      -against-                            :        ORDER IN
                                                               SOCIAL SECURITY CASE

COMMISSIONER OF SOCIAL SECURITY,   :

           Defendant.               :

------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

        The parties shall advise the Court as to whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to the enclosed forms and explanations. If both parties consent, they should complete counterparts of the forms and return them to my chambers. If either or both parties do not consent, defense counsel shall act as liaison and report to chambers that the parties do not consent, without indicating any particular party's consent or non-consent. (In other words, the Court does not want to know that party A consents and party B does not). This Order is not meant to in any way interfere with the parties' right to decision by a United States District Judge (Judge Daniels), but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

C:\ORD\SS636

Defense counsel is to notify the Court by no later than January 15, 2008.

The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED:  New York, New York
December 10, 2007

Andrew J. Peck
United States Magistrate Judge

Copies to:  Cheryl Gibbs (Regular & Certified Mail)
U.S. Attorney's Office, S.D.N.Y.
Judge George B. Daniels

C:\ORD\SS636