U.S. Department of Justice

United States Attorney
Southern District of New York



86 Chambers Street, 3rd Floor
New York, New York 10007

January 14, 2008

BY FAX

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Cheryl Gibbs v. Astrue
07 Civ. 10563 (GBD) (AJP)

Dear Judge Peck:

**MEMO ENDORSED** 1/14/08

Gov't answer due 2/25. Gov't to serve plaintiff answer due 3/6, & the Ms Gibbs response to Gov't motion due 3/27.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

We write, pursuant to the Court's December 10, 2007 order in the above-referenced Social Security case, to advise the Court that the parties have not jointly agreed to referral of this matter to your Honor for all purposes. We also wish to advise the Court that the U.S. Attorney's Office was served with the complaint in this matter on December 27, 2007, and our answer is currently due on February 25, 2008. We appreciate the Court's consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: BY FEDERAL EXPRESS
Cheryl Gibbs
Plaintiff pro se
594 Union Avenue, Apt. 2D
Bronx, New York 10455

TOTAL P.02

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:   January 14, 2008                         Total Number of Pages:  2

| TO | FAX NUMBER |
|---|---|
| Susan D. Baird, Esq. | 212-637-2750 |
|  |  |

# TRANSCRIPTION:

MEMO ENDORSED 1/14/08

Gov't answer due 2/25.  Gov't motion remains due 3/6, and Ms. Gibbs' response to the motion is due 3/27.


Copies to:   Cheryl Gibbs (Regular & Certified Mail)
             Judge George B. Daniels