

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*



February 25, 2008

BY FAX

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED** 2/25/08

Gov't answer and motion papers due per below on 4/25/08. Plaintiff's opposition papers due 5/?).

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Re: Cheryl Gibbs v. Astrue
07 Civ. 10563 (GBD) (AJP)

**BY FAX**

Dear Judge Peck:

    The Government's answer in the above-referenced case is due February 25, 2008. In addition, the Court issued an order requiring the Government to file a motion for judgment on the pleadings by March 6, 2008, and plaintiff to respond to the motion by March 27, 2008. Because we have just received the administrative record for this case and the Social Security Administration needs additional time to evaluate its litigation position in this matter, we respectfully request that the answer date and briefing schedule be adjourned as follows: answer by April 25, 2008, Government motion for judgment on the pleadings by May 23, 2008, and plaintiff's response by June 13, 2008.

    We have attempted to obtain the consent of plaintiff, who is proceeding pro se, to this proposed adjournment. We sent her a letter on February 4, 2008 concerning the proposed adjournment. When she had not responded to the letter by February 20, 2008, we called her. She stated that she planned to speak to an attorney on February 21, 2008, and would then advise us whether she would consent to the proposed adjournment. As of today, we have not heard from

her again. No prior adjournment has been requested in this case. We appreciate the Court's consideration of this request.

                        Respectfully,

                        MICHAEL J. GARCIA
                        United States Attorney

By:     _/s/ Susan D. Baird_
        SUSAN D. BAIRD
        Assistant United States Attorney
        tel. (212) 637-2713
        fax (212) 637-2750

cc: BY FEDERAL EXPRESS
    Cheryl Gibbs
    Plaintiff pro se
    594 Union Avenue, Apt. 2D
    Bronx, New York 10455

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated: **February 25, 2008**                    Total Number of Pages: **3**

| TO | FAX NUMBER |
|---|---|
| Susan D. Baird, Esq. | 212-637-2750 |
|  |  |
|  |  |

# TRANSCRIPTION:

MEMO ENDORSED 2/25/08

Gov't answer <u>and</u> motion for judgment on the pleadings due **4/25/08**. Plaintiff's opposition papers due 5/23.


Copies to:   Cheryl Gibbs (Regular & Certified Mail)
             Judge George B. Daniels